# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
### PADUCAH DIVISION

| | |
|---|---|
| In Re: | Case No. 20-50045 |
| MATTHEW TYLER DOWDY | |
| HANNAH RAE DOWDY FKA | Chapter Seven (7) |
| HANNAH RAE LEWIS | |
| **Debtor(s)** | Judge Alan C. Stout |

## AGREED ORDER AMENDING
## ORDER SUSTAINING MOTION BY SECURED CREDITOR FOR RELIEF FROM STAY AND ABANDONMENT AS TO PROPERTY COMMONLY KNOWN AS 10218 STATE ROUTE 339 SOUTH, MAYFIELD, KY 42066

Matrix Financial Services Corporation (hereinafter "Movant") and the Chapter 7 Trustee jointly agree to amend the Order Sustaining Motion by Secured Creditor for relief from Stay and Abandonment as to Property Commonly known as 10218 State Route 339 South, Mayfield, KY 42066 so to remove the abandonment language from the entered order as the parties jointly stipulate that they want the property to remain property of the estate.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the interest of the Movant is not adequately protected and that the Debtor has no equity in the Property and the Property is not necessary to an effective reorganization. Therefore, pursuant to 11 U.S.C. § 362, the stay that issued in this action is terminated with respect to Movant, its successors and assigns. Movant is hereby permitted to take any and all actions necessary to accelerate the balance due on the obligation, to foreclose its mortgage, to sell the collateral in accordance with state law, to apply the net proceeds to this obligation, and to otherwise exercise its contractual and state law rights to the Property. The stay shall remain terminated in the event the Debtor converts to a different chapter under the Bankruptcy Code.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Property is not burdensome and is of value and benefit to the estate. Therefore, the property is not abandoned from the bankruptcy estate.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Debtor has indicated a specific intent to surrender the Property. Therefore, the fourteen (14) day stay of this Order imposed by Bankruptcy Rule 4001(a)(3) is hereby waived.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Movant is permitted to contact the Debtor by telephone or written correspondence, at its option, for the purpose of offering, providing and entering into any potential forbearance agreement, loan modification, refinance agreement or other loan workout / loss mitigation agreement.

**THIS IS A FINAL AND APPEALABLE ORDER**

Prepared by:

**Reimer Law Co.**

Dennis M. Ostrowski, (KBA#85449)
RL# C2000331
Reimer Law Co.
639 Washington Ave
PO Box 721638
Newport, KY 41072-1638
Phone: 859-655-8460
Fax: 859-655-8461
Email: Bankruptcyky@reimerlaw.com

/s/ Mark R. Little

Trustee
Mark R. Little
1917 Versnick Way
Madisonville, KY 42431
270-821-0110
trustee@littlelawky.com